No. 233. UNITED STATES *v.* WAYNE COUNTY, KENTUCKY. Appeal from the Court of Claims. Argued

March 12, 1920. Decided April 19, 1920. *Per Curiam.* Affirmed upon the authority of: (1) *United States* v. *Cress,* 243 U. S. 316, 329; *United States* v. *Welch,* 217 U. S. 333, 339; *United States* v. *Grizzard,* 219 U. S. 180, 185. (2) *St. Louis* v. *Western Union Telegraph Co.,* 148 U. S. 92, 101; *Western Union Telegraph Co.* v. *Richmond,* 224 U. S. 160, 169. And see *Stockton* v. *Baltimore & New York R. R. Co.,* 32 Fed. Rep. 9. (3) *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Goodrich* v. *Ferris,* 214 U. S. 71, 79; *Brolan* v. *United States,* 236 U. S. 216, 218; *Sugarman* v. *United States,* 249 U. S. 182, 184. *Mr. Assistant Attorney General Davis,* with whom *The Solicitor General* and *Mr. Geo. T. Stormont* were on the brief, for the United States. *Mr. Jackson H. Ralston,* with whom *Mr. George W. Hott* was on the brief, for appellee.